# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MORSE, | CASE NO. 1:11-cv-00567-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOC. 10) |
| MATT DOELING, et al., | RESPONSE DUE WITHIN EIGHTEEN DAYS |
| Defendants. | |
| _____/ | |

Plaintiff Michael Morse ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 5, 2012, the Court dismissed Plaintiff's original complaint for failure to state a claim with leave to amend, and ordered Plaintiff to file an amended complaint within thirty days.  Doc.10.  As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within eighteen (18) days from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim.  Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

**Dated:    April 23, 2012                            /s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

1